UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EVERT L. MARRS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-1379-TAB-RLY |
| | ) | |
| JPMORGAN CHASE BANK, N.A. | ) | |
| Successor by merger with | ) | |
| BANK ONE, N.A., | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

The Court, having granted Defendant JPMorgan Chase's motion for summary judgment [Docket No. 41], now orders that all of Plaintiff Evert L. Marrs's claims are dismissed with prejudice. Final judgment is entered in favor of Defendant and against Plaintiff.

Dated:  10/06/2009

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Timothy Loren Karns
PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP-Lebanon
tkarns@parrlaw.com

Thomas M. McDonald
APPLEGATE MCDONALD & ASSOCIATES, P C.
amalawoffices@sbcglobal.net

Peter L. Obremskey
PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP
jdouglas@parrlaw.com

Matthew R. Strzynski
KRIEG DEVAULT LLP
mstrzynski@kdlegal.com